Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Colleen M. Keating (State Bar No. 261213)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:   310-407-9090
Email:       mtuchin@ktbslaw.com
             rpfister@ktbslaw.com
             ckeating@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Larry W. Gabriel (State Bar No. 68329)
Michael W. Davis (State Bar No. 274126)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile:  818-827-9099
Email:      sgubner@ebg-law.com
            lgabriel@ebg-law.com
            mdavis@ebg-law.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:15-cv-03248 |
| | Master File No. 3:10-md-2143 RS |
| Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Sony Corporation, et al.,<br><br>　　　　Defendants. | **NOTICE OF RELATED CASE** |

1    PLEASE TAKE NOTICE that this civil action filed by Plaintiff Alfred H. Siegel, as
2 Trustee of the Circuit City Stores, Inc. Liquidating Trust, is related to Case No. 3:10-md-2143 RS
3 within the meaning of Local Civil Rule 3-12 and Case Management Order No. 1 (Docket No. 33)
4 entered in Case No. 3:10-md-2143 RS.  The above-captioned case concerns substantially the same
5 parties, transactions, and events as Case No. 3:10-md-2143 RS insofar as it involves a suit for
6 damages against the above-captioned defendants arising out of defendants' conspiracy to fix the
7 price of optical disk drives in violation of the Sherman Act and California law.  Pursuant to Case
8 Management Order No. 1 in Case No. 3:10-md-2143 RS, this case is automatically consolidated
9 with Case No. 3:10-md-2143 RS for all pretrial proceedings without any further motion or order.

11   DATED: July 13, 2015                    Respectfully submitted,

12                                           KLEE, TUCHIN, BOGDANOFF & STERN LLP

15                                           /s/ Colleen M. Keating
                                             Colleen M. Keating

16                                           *Attorneys for Plaintiff Alfred H. Siegel, as Trustee for*
17                                           *the Circuit City Stores, Inc. Liquidating Trust*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1                                    NOTICE OF RELATED CASE
                                     Case No. 3:15-cv-03248