1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     *Dan.Wall@lw.com*
      Belinda S Lee (Bar No. 199635)
3     *Belinda.Lee@lw.com*
      Brendan A. McShane (Bar No. 227501)
4     *Brendan.McShane@lw.com*
      Christopher B. Campbell (Bar No. 254776)
5     *Christopher.Campbell@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California  94111-6538
   Telephone: +1.415.391.0600
7  Facsimile: +1.415.395.8095

8  *Attorneys for Defendants Toshiba Samsung Storage*
   *Technology Korea Corporation, Toshiba Samsung*
9  *Storage Technology Corporation, Toshiba*
   *Corporation, and Toshiba America Information*
10 *Systems, Inc.*

11
   [*Additional Parties and Counsel Listed on Signature*
12 *Page*]

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| 18 | IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Base Case No. 3:10-md-02143-RS |
|---|---|---|
| 19 | | MDL No. 2143 |
| 20 | | |
| 21 | This document relates to: | Case No. 3:15-cv-03248-RS |
| 22 | Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT** |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | Sony Corporation, et al., | |
| 26 | Defendants. | |

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding
Deadline To Respond To Complaint
MDL Docket No. 3:10-md-2143-RS; 3:15-cv-03248-RS

1  WHEREAS, on July 13, 2015, plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust (the "Trustee") filed the above-captioned action;

2  WHEREAS, on August 5, 2015, the Court approved the Parties' stipulation setting the date for any response to the Complaint as 90 days from the date of service of process (Dkt. No. 10);

3  WHEREAS, Defendants received service of process on different dates, and therefore Defendants' responses to the Complaint are currently due as early as November 3 and as late as November 24;

4  WHEREAS, the Trustee and the Defendants have conferred and agree that, for purposes of judicial and party efficiency, it makes sense to coordinate a single date for Defendants' responses to the Complaint.

It is therefore STIPULATED and AGREED, subject to Court approval, that:

1. All Defendants shall answer or otherwise respond to the Complaint on or before November 13, 2015.

2. If any motions to dismiss are filed, Plaintiff's opposition shall be due 60 days after the filing of any said motion to dismiss, and any reply shall be due 30 days after the filing of Plaintiff's opposition.

3. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED:  November 2, 2015         LATHAM & WATKINS LLP

By _____/s/ Belinda S Lee_____

Daniel M. Wall
Belinda S Lee
Brendan A. McShane
Christopher B. Campbell
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  415-395-8240
Fax:  415-395-8095

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding
Deadline To Respond To Complaint
MDL Docket No. 3:10-md-2143-RS; 3:15-cv-03248-RS

1

2  *Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.*

3

4

5

Dated: November 2, 2015                    BAKER BOTTS L.L.P.

6

By _____/s/ John M. Taladay_____

7

John M. Taladay
Evan Werbel
8   BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
9   Washington, DC 20004
Telephone: (202) 639-7700
10  Facsimile: (202) 639-7890

11

*Counsel for Defendants Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

12

13

14

Dated: November 2, 2015                    BOIES, SCHILLER & FLEXNER LLP

15

By _____/s/ John F. Cove, Jr._____

16

John F. Cove, Jr.
Steven C. Holtzman
17  Kieran P. Ringgenberg
Beko O. Reblitz-Richardson
18  BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
19  Oakland, CA 94612
Telephone: (510) 874-1000
20  Facsimile: (510) 874-1460

21

*Attorneys for Defendants Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp. and Sony Electronics Inc.*

22

23

Dated: November 2, 2015                    O'MELVENY & MYERS LLP

24

By _____/s/ Ian Simmons_____

25

Ian Simmons
26  O'MELVENY & MYERS LLP
1625 Eye Street, NW
27  Washington, DC 20006
Telephone: (202) 383-5300
28  Facsimile: (202) 383-5414

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding
Deadline To Respond To Complaint
MDL Docket No. 3:10-md-2143-RS; 3:15-cv-03248-RS

|   |   |
|---|---|
| | James M. Pearl<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 246-8434<br>Facsimile: (310) 246-6779 |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| Dated: November 2, 2015 | KLEE, TUCHIN, BOGDANOFF & STERN LLP<br><br>By _____/s/ Colleen M. Keating_____<br><br>Michael L. Tuchin<br>Robert J. Pfister<br>Colleen M. Keating<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, CA 90067<br>Tel: 310-407-4000<br>Fax: 310-407-9090<br><br>*Counsel for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust* |

## ATTESTATION OF CONCURRENCE IN THE FILING

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

*/s/ Belinda S Lee*
BELINDA S LEE

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 11/2/15

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

3